IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER TAYLOR,

    Plaintiff,

vs.        CASE NO. 5:10-cv-294/RS-EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED**.

3. This case is **DISMISSED**.

4. The clerk is directed to close the file.

**ORDERED** on December 22, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**